**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

William Sullivan,

Plaintiff,

v. **CIVIL 00-1175 (JRT/FLN)**

PR 21, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - -

Daniel J. Edelman, Inc.,
and PR 21, Inc.,

Plaintiff,

v. **CIVIL 00-2170 (DDA/FLN)**

William Sullivan,
and Wam!net, Inc.,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 00-1175 having been assigned to Judge John R. Tunheim and Case No. 00-2170 having later been assigned to Judge Donald D. Alsop, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2170 be assigned to Judge John R. Tunheim and Chief Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: October 19, 2000.

Judge John R. Tunheim
United States District Court

DATED: October 23, 2000.

Judge Donald D. Alsop
United States District Court

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Pursuant to an Order of Direction for Reassignment of Related Case, this case is reassigned to Judge John R. Tunheim. Magistrate Judge Franklin L. Noel remains the magistrate on the case.

NEW CASE NUMBER 00-2170 JRT/FLN

Use this case number for all further filings.