UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Sullivan,

Plaintiff,

v.

PR 21, Inc. and Daniel J. Edelman, Inc.,

Defendants.

Civil No. 00-1175 JRT/FLN

---

**ORDER**

Civil No. 00-2170 JRT/FLN

Daniel J. Edelman, Inc., and PR 21, Inc.,

Plaintiffs,

v.

William Sullivan and WAM!NET, Inc.,

Defendants.

---

Joel Spitz for Daniel J. Edelman, Inc., and PR 21, Inc.
Richard Ross and Melissa Vogt Brettingen for William Sullivan and WAM!NET, Inc.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on March 12, 2001, on the parties' pre-trial motions.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Motion by PR 21 and Daniel J. Edelman, Inc., to Compel the Deposition of William Sullivan and to Compel Responses to Production of Documents [#29 in 00-2170, #14 in 00-1175] is **GRANTED IN PART AND DENIED IN PART**, as

MAR 2 6 2001
CLERK

(44)

follows:

a. To the extent that the Motion seeks to compel the deposition of William Sullivan, it is **DENIED AS MOOT**;

b. To the extent that the Motion seeks to compel the production of William Sullivan's tax records and pay stubs, it is **GRANTED**;

c. To the extent that the Motion seeks to compel the production of WAM!NET Initial Public Offering documents, it is **DENIED**.

2. The Motion by William Sullivan to Compel Production of Documents and for a Protective Order [#32 in 00-2170, #17 in 00-1175] is **GRANTED IN PART AND DENIED IN PART**, as follows:

a. To the extent that the Motion seeks to compel a response to Document Request 4 in the Sullivan Litigation (electronic deposits and vacation accrual), it is **GRANTED**;

b. To the extent that the Motion seeks to compel a response to Document Request 13 in the PR 21 Litigation (PR 21's financial records from 1998-99), it is **GRANTED**;

c. To the extent that the Motion seeks to compel a response to Document Request 9 in the Sullivan Litigation (diaries), it is **GRANTED**;

d. To the extent that the Motion seeks to compel a response to Document Request 9 in the PR 21 litigation (1997 agreements containing non-competition clauses), it is **GRANTED**;

e. To the extent that the Motion seeks to compel a response to Document Request 10 in the PR 21 litigation (arrears client documents), it is **GRANTED**;

f. To the extent that the Motion seeks to compel a response to Document Requests 10 and 13 in the PR 21 litigation (client base and revenue documents), it is **DENIED**;

g. To the extent that the Motion seeks to compel a response to Document Request 14 in the PR 21 litigation (additional financial records), it is **GRANTED**;

h. To the extent that the Motion seeks a protective order for Sullivan's tax records and other financial records, it is **DENIED**.

DATED: March 26, 2001

[signature]

FRANKLIN L. NOEL
Chief Magistrate Judge